IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTA PROPAINTERS, LTD., | |
| Plaintiff, | No. C 10-01542 WHA |
| v. | |
| NICHOLAS L. CAPURRO, an individual, and CAPURRO ENTERPRISES, INCORPORATED, | **ORDER DENYING COUNSEL'S REQUEST TO APPEAR BY TELEPHONE** |
| Defendants. | |

The Court **DENIES** defendant's request to appear by telephone. The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone.

**IT IS SO ORDERED.**

Dated: July 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE