IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTA PROPRINTERS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS L CAPURRO, an individual, and CAPURRO ENTERPRISES INCORPORATED, <br><br> Defendants. | No. C 10-01542 WHA <br><br> **ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND VACATING JUNE 30, 2011, HEARING** |

The Court hereby **SETS** a meet-and-confer for **WEDNESDAY, JUNE 1, 2011**, starting from 10:00 a.m. and continuing through 2:00 p.m. in the Court's jury room on the nineteenth floor of the federal courthouse in San Francisco. At 2:00 p.m. that same day, the Court shall hear any unresolved issue(s) in Courtroom 9. Defendants' response is due by 9:00 a.m. on May 31, 2011.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing.

*Going forward, the parties need to read and comply with the Court's discovery and all other pretrial procedures (Docket No. 3).*

The hearing on plaintiff's motion to compel set for June 30, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE