**United States District Court**

For the Northern District of California

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CERTA PROPAINTERS, LTD.,                              No. C 10-01542 WHA

11            Plaintiff,

12      v.                                                 **REMINDER NOTICE OF
                                                           UPCOMING TRIAL**
13   NICHOLAS L CAPURRO, an individual, and                **AND FINAL PRETRIAL**
     CAPURRO ENTERPRISES,                                  **CONFERENCE**
14   INCORPORATED,

15            Defendant.

16   _____/

17          This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL**

18   **CONFERENCE** on **AUGUST 22, 2011**, at **2:00 P.M.**, with a **JURY TRIAL** on **AUGUST 29, 2011**.

19   Please consult the existing case management order and review and follow all standing guidelines

20   and orders of the undersigned for civil cases on the Court's website at

21   http://www.cand.uscourts.gov.  Continuances will rarely be granted.

22          The final pretrial conference will be an important event, for it will be there that the shape

23   of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit

24   mechanics.  Lead trial counsel must attend.

25          To avoid any misunderstanding with respect to the final pretrial conference and trial, the

26   Court wishes to emphasize that all filings and appearances must be made — on pain of dismissal,

27   default or other sanction — unless and until a dismissal fully resolving the case is received.

28   It will not be enough to inform the clerk that a settlement in principle has been reached or to

**United States District Court**
For the Northern District of California

1    lodge a partially executed settlement agreement or to lodge a fully executed agreement (or

2    dismissal) that resolves less than the entire case.  Where, however, a fully-executed and

3    unconditional settlement agreement clearly and fully disposing of the entire case is lodged

4    reasonably in advance of the pretrial conference or trial and only a ministerial act remains, the

5    Court will arrange a telephone conference to work out an alternate procedure pending a formal

6    dismissal.

7         Please state whether the Court can be of further ADR assistance (but avoid stating offers,

8    counteroffers or dollar amounts).

9         In this case, the Court wishes to consider the following additional trial procedures and

10   desires that counsel meet and confer and reach a stipulation concerning whether and how to use

11   them:

12        1.    Scheduling opposing experts so as to appear in successive order;

13        2.    Giving preliminary instructions on the law;

14        3.    Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

15   of the Arizona Rules of Civil Procedure); and

16        4.    Allowing each side fifteen minutes of opening/argument time to

17   be used during the evidence time (in addition to normal opening statement and

18   closing argument).

19        Please present the results of your stipulation (or not) in the joint pretrial conference

20   submissions.

21

22

23   Dated:  June 29, 2011.

     WILLIAM ALSUP
24   UNITED STATES DISTRICT JUDGE

25

26

27

28

2